# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey A. Renoll,<br>    aka Jeffrey A Renoll,<br>    aka Jeffrey Renoll,<br>    aka Jeff Renoll<br>                    Debtor(s) | BK NO. 17-03182 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 and index same on the master mailing list.

                                                          Respectfully submitted,

                                                    **/s/ James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    412-430-3594