```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-03182-HWV
Jeffrey A. Renoll                                               Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: CGambini            Page 1 of 1         Date Rcvd: Sep 18, 2017
                            Form ID: ntcnfhrg         Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
```
db             +Jeffrey A. Renoll,    2231 Meeting House Road,    Spring Grove, PA 17362-7884
4952435        +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
4952436        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4952439        +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
4952441        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4952443        +Comenity Capital Bank/PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
4952445        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4952446         Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
4952451        +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4952440        +E-mail/Text: bkr@cardworks.com Sep 18 2017 19:12:33      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
4952444        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2017 19:12:08      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
4952447         E-mail/Text: cio.bncmail@irs.gov Sep 18 2017 19:12:38      Internal Revenue Service,
                 PO Box 9052,    Andover, MA 01810
4952448         E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2017 19:11:18      JC Penny,    PO Box 965009,
                 Orlando, FL 32896-5009
4952449        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2017 19:11:24
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
4961105         E-mail/PDF: cbp@onemainfinancial.com Sep 18 2017 19:11:37      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4952450        +E-mail/PDF: cbp@onemainfinancial.com Sep 18 2017 19:12:01      OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
4952985        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2017 19:17:41
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4952452        +E-mail/Text: bankruptcy@swmc.com Sep 18 2017 19:13:03      Sun West Mortgage Co I,
                 18303 Gridley Rd,    Cerritos, CA 90703-5400
4952453        +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2017 19:11:18      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4952454        +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2017 19:12:02      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4952437*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4952438*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4952442*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                       TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Jeffrey A. Renoll Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Jeffrey A. Renoll<br>aka Jeffrey A Renoll, aka Jeffrey Renoll, aka Jeff Renoll<br>Debtor(s) | Chapter 13<br>Case No. 1:17–bk–03182–HWV |
|---|---|

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**October 18, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 25, 2017<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 18, 2017 |