17-1424

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey A. Renoll, aka Jeffrey A Renoll, aka<br>Jeffrey Renoll, aka Jeff Renoll<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 17-03182 HWV |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of SUN WEST MORTGAGE COMPANY, INC. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090