```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-03182-HWV
Jeffrey A. Renoll                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini              Page 1 of 1              Date Rcvd: Jan 10, 2018
                             Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
 NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4961105        E-mail/PDF: cbp@onemainfinancial.com Jan 10 2018 19:20:31      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    Sun West Mortgage Company, Inc. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Stephen Wade Parker    on behalf of Debtor 1 Jeffrey A. Renoll Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03182-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey A. Renoll
2231 Meeting House Road
Spring Grove PA 17362

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/12/18

Terrence S. Miller
**CLERK OF THE COURT**